1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11     ANTWONE STOKES,                    )        NO. CV 22-4077-ODW (AGR)

12              Plaintiff,                 )
                                           )
13           v.                            )        **ORDER OF DISMISSAL**
                                           )
14     SHERIFF ALEX VILLANUEVA,            )
                                           )
15              Defendant.                 )
                                           )
16                                         )
                                           )
17     _____   )

18

19

20         On June 13, 2022, Plaintiff, proceeding *pro se* and *in forma pauperis*, filed

21   a civil rights complaint under 42 U.S.C. § 1983 against Defendant Sheriff

22   Villanueva in his individual capacity.  (Dkt. No. 1.)

23         On February 27, 2023, the Court dismissed the complaint with leave to file

24   a First Amended Complaint ("FAC") that corrected the deficiencies within 30 days

25   after entry of order.  (Dkt. No. 19.)  The Order warned Plaintiff that failure to file a

26   timely amended complaint will result in dismissal of the action on the merits or for

27   failure to prosecute.  Fed. R. Civ. P. 41(b).

28

1         Plaintiff did not file a timely First Amended Complaint or request an

2 extension of time to do so.

3         Accordingly, IT IS ORDERED that this action is DISMISSED with prejudice.

4 Defendants' motion to dismiss for failure to prosecute is DENIED WITHOUT

5 PREJUDICE AS MOOT.

6         **IT IS SO ORDERED.**

7

8 September 12, 2023             _____

9                           OTIS D. WRIGHT II
                        United States District Judge

2