JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTWONE STOKES,                                     NO. CV 22-4077-ODW (AGR)

      Plaintiff,

         v.                                            **JUDGMENT**

SHERIFF ALEX VILLANUEVA,

      Defendant.

    Pursuant to the Order of Dismissal,

    IT IS ADJUDGED that judgment is entered for Defendant and this action is dismissed.

September 12, 2023

                            OTIS D. WRIGHT II
                       United States District Judge